UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

Isaiah Robinson,

        Petitioner,                     Case No. 1:21-cv-659

v.                                       Honorable Paul L. Maloney

George Stephenson et al.,

        Respondents.
_____/

## JUDGMENT

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency, failure to amend the petition on the approved form, failure to comply with the Court's orders, and want of prosecution.

Dated:   August 31, 2021                      /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge